**Bradford FILSINGER, Appellant,**

v.

**Meeri FILSINGER, Appellee.**

**No. 08–04–00175–CV.**

Court of Appeals of Texas,
El Paso.

Aug. 18, 2005.

Amanda J. Chisholm, El Paso, TX, for Appellant.

G. Daniel Mena, El Paso, for Appellee.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

***OPINION***

ANN CRAWFORD McCLURE, Justice.

Bradford Filsinger appeals from an order granting a writ of habeas corpus. He raises several issues pertaining to the trial court's subject matter jurisdiction of the child custody proceeding and its authority to issue a writ of habeas corpus requiring the return of his son to his former wife, Meeri Filsinger. An order granting a writ of habeas corpus is not an appealable order. *Gray v. Rankin*, 594 S.W.2d 409 (1980); *Zeissig v. Zeissig*, 600 S.W.2d 353, 357 (Tex.Civ.App.-Houston [1st Dist.] 1980, no writ). We dismiss the appeal for want of jurisdiction.